FIRST NATIONAL BANK OF ST. PAUL, Appellant, v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Eighth Circuit. March 30, 1929.

No. 8175.

Thomas D. O'Brien, Alexander E. Horn, and Edward S. Stringer, all of St. Paul, Minn., for appellant.

Mabel Walker Willebrandt, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and L. W. Scott, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM. Deficiency in federal income and profits taxes for calendar year 1921 fixed per stipulation of parties, and cause remanded, with directions, etc.